IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM ANDREW SPEIR,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CAROLYN W. COLVIN,  )<br>Acting Commissioner of Social Security, )<br>  )<br>    Defendant.  ) | CASE NO. 3:12-cv-328-TFM<br>[wo] |

**ORDER**

Upon consideration of the Plaintiff's Motion for Attorney Fees (Doc. 28) filed April 21, 2015, it is

ORDERED that on or before May 13, 2015, the Defendant shall show cause why this motion is not due to be granted..

DONE this 29th day of April, 2015.

        /s/ Terry F. Moorer
        TERRY F. MOORER
        UNITED STATES MAGISTRATE JUDGE